AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| OWNERS INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> KEITH LACKEY, and MISTY JAMES, individually, and as parent and natural guardian of minor child AIDEN JAMES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-5516 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Keith Lackey
1600 Bryant Road
Oxford, Georgia 30054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael C. Kendall, Esq.
Chad M. Brock, Esq.
KENDALL LAW GROUP, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 12/6/2018

s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

72907

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Keith Lackey**
was received by me on *(date)* **12/10/2018** . **1600 Bryant Rd. Oxford**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Keith Lackey**, who is designated by law to accept service of process on behalf of *(name of organization)* **Jeff Lackey Bail** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-11-18**

*Server's signature*

**S. Stewart   Deputy Sheriff**
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: